UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIN ALBERTS, on behalf of herself and all other similarly situated, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PAYLESS SHOESOURCE, INC. )<br>)<br>Defendant. ) | Civil No.: 1:13-cv-12262 |

## DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant Payless Shoesource, Inc. ("Payless") hereby moves to dismiss Plaintiff's Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) or, alternatively, for summary judgment pursuant to Fed. R. Civ. P. 56. The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

**WHEREFORE**, Defendant Payless Shoesource, Inc. respectfully requests that the Court either dismiss this case or enter summary judgment in its favor.

Dated: November 15, 2013

Respectfully submitted,

*/s/ Ana M. Francisco*
Ana M. Francisco (BBO #564346)
Geoffrey M. Raux (BBO #674788)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
*afrancisco@foley.com*
*graux@foley.com*

*ATTORNEYS FOR PAYLESS SHOESOURCE, INC.*

## REQUEST FOR ORAL ARGUMENT

Defendant wishes to be heard on this Motion and believes that a hearing may assist the Court. Accordingly, pursuant to Local Rule 7.1(d), Defendant submits this request for oral argument.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

In accordance with Local Rule 7.1(a)(2), counsel for the Defendant state that they have made a good faith effort to confer with the Plaintiff's counsel to resolve the matters raised by this Motion.

*/s/ Ana M. Francisco*

## **CERTIFICATE OF SERVICE**

    I, Ana M. Francisco, hereby certify that I have this 15th day November, 2013 caused to be filed the foregoing and all associated documents through the Court's CM/ECF system, a copy of which will be sent to all registered participants by electronic mail. Any party not receiving electronic notice will be served by U.S. Mail.

                                                        */s/ Ana M. Francisco*

4838-9278-4918.1