**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>    Erin Alberts,          </u>
       **Plaintiff,**

    v.                                             **CIVIL ACTION <u>1:13-12262-GAO</u>**

<u>    Payless Shoesoure, Inc.,       </u>
       **Defendant.**

**JUDGMENT OF DISMISSAL**

<u>    O'Toole    D.J.  </u>

In accordance with the Court's Opinion and Order (dkt. no. 24) dated 9/29/2014 granting the Defendant's Motion to Dismiss (dkt. no. 12) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

<u>    9/29/2014    </u>                                                                          **By the Court,**
     **Date**

                                                                                <u> /s/Christopher Danieli  </u>
                                                                                **Deputy Clerk**